IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **THOMAS F. UPDEGROVE, JR.** | **BANKRUPTCY NO. 24-10637(PMM)** |
| **Debtor** | |
| **CHRISTINE C. SHUBERT,** in her capacity as the Chapter 7 Trustee for the Estate of **THOMAS F. UPDEGROVE, JR.** | |
| **Plaintiff** | |
| v. | **ADVERSARY NO. 24-00071(PMM)** |
| **TRANSAMERICA LIFE INSURANCE COMPANY** | |
| **Defendant** | |

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO
EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Christine C. Shubert, Chapter 7 Trustee for the estate of Thomas F. Updegrove, Jr. and the plaintiff herein (the "Plaintiff"), and Transamerica Life Insurance Company (the "Defendant"), by and through their undersigned counsel, hereby stipulate that the deadline for the Defendant to file an answer or otherwise plead to the Plaintiff's Complaint is extended from June 3, 2024 to and including July 1, 2024.

| | |
|---|---|
| **KARALIS PC** | **McCARTER & ENGLISH, LLP** |
| By: /s/ Robert W. Seitzer | By: /s/ Kate Roggio Buck |
| Robert W. Seitzer, Esquire | Kate Roggio Buck, Esquire |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |
| Dated: May 31, 2024 | Dated: May 31, 2024 |

**ORDER**

The foregoing Stipulation is **APPROVED**.

Dated: _____

_____
**PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE**